AMERICAN FOUNDATION COMPANY, a Corporation, Appellant, v. UNITED STATES of America, Appellee.

No. 9711.

Circuit Court of Appeals, Ninth Circuit.

May 23, 1941.

George M. Naus, of San Francisco, Cal., for appellant.

Samuel O. Clark, Jr., Asst. Atty. Gen., for appellee.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of confession of error filed by appellee, and motion of appellee for reversal of judgment of the District Court herein and remand of the cause to said District Court for entry of judgment in favor of the plaintiff-appellant for $19,970.06, with interest thereon as provided by law, and good cause therefor appearing, it is ordered that said motion be granted, that a judgment be filed and entered accordingly, and mandate of this court in this cause issue forthwith.

In the Matter of Joseph L. BYER, Bankrupt, Charles De La Vergne, Trustee, etc., Appellant.

No. 354.

Circuit Court of Appeals, Second Circuit.

June 10, 1941.

Francis Martocci, of Kingston, N. Y., for appellant.

Morris Rosenblum, of Saugerties, N. Y., for appellee.

Before SWAN, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

CONNERS MARINE CO., Inc., Appellee, v. NEW YORK CENTRAL R. R. CO., Appellant.

No. 325.

Circuit Court of Appeals, Second Circuit.

June 16, 1941.

Jacob Aronson, of New York City (Kenneth O. Mott-Smith, of New York City, of counsel), for appellant.

Mahar & Mason, of New York City (Frank C. Mason and Edward L. P. O'-Connor, all of New York City, of counsel), for appellee.

Before L. HAND, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Decree affirmed.